# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR ALEGRIA, AN INDIVIDUAL;
AND JAMI SEEBY-ALEGRIA, AN
INDIVIDUAL,

Appellants,

vs.

GREEN TREE SERVICING, LLC,

Respondent.

No. 66252

FILED

FEB 18 2016



## ORDER DISMISSING APPEAL

This is an appeal from an order granting a petition for judicial review in a foreclosure mediation matter. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge. Appellants are proceeding in pro se pursuant to this court's civil pilot program for litigants proceeding without counsel.

On April 6, 2015, this court entered an order granting the motion of appellants' counsel, Wayne M. Pressel, to withdraw. We directed appellants to inform this court whether they intend to retain new counsel, or intend to proceed in pro se pursuant to this court's civil pilot program for litigants proceeding without counsel. Appellants have since sought several extensions of time to respond to our order, explaining that they have been unable to secure the return of their case file from Mr. Pressel and have therefore been unable to retain new counsel. Appellants have attached to their motions correspondence from Mr. Pressel indicating his agreement to return the file within 7 days. On September 21, 2015, appellants filed another motion for an open extension of time, again asserting that Mr. Pressel has not returned the file.

16-05239

On December 3, 2015, this court entered an order directing appellants to file a status report within 11 days, indicating (1) whether they have received their case file from their former counsel Wayne M. Pressel; and (2) whether they intend to proceed in this appeal in pro se or intend to hire new counsel. Appellants failed to respond to our order. On January 15, 2016, we entered another order directing appellants to provide the status report within 11 days. We cautioned appellants that failure to file the status report would result in dismissal of this appeal as abandoned. To date, appellants have not filed the status report. Accordingly, we conclude that appellants have abandoned this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____

[1]We deny as moot appellants' motion for an open-ended extension of time to respond to our order.

cc: Hon. Elliott A. Sattler, District Judge
Madelyn Shipman, Settlement Judge
Jami Seeby-Alegria
Victor Alegria
Tiffany & Bosco, P. A.
Washoe District Court Clerk